1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   MC18-5003BHS |
| Plaintiff, | (3:10-CR-5314-4) |
| vs. | |
| JENNIFER BYERS, | |
| Defendant/Judgment Debtor, | **Order to Issue a Writ of Continuing Garnishment** |
| and | |
| STATE OF WASHINGTON, | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's

Application for a Writ of Continuing Garnishment of property due and owing to the

Defendant/Judgment Debtor, Jennifer Byers, from State of Washington, the Garnishee, and the

Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment

against State of Washington, whose address is State of Washington, Attn: Attorney General -

Garnishments, P.O. Box 40100, Olympia, WA 98504.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1    DATED this ___1___ day of _____March_____, 2018.

2

3                              _____
                              UNITED STATES DISTRICT COURT JUDGE
4

5    Presented by:

6

7    KYLE A. FORSYTH, WSBA #34609
     Assistant United States Attorney
8    United States Attorney's Office
     700 Stewart Street, Suite 5220
9    Seattle, Washington  98101-1271
     Telephone: (206) 553-7970
10   Fax: (206) 553-4067
11   E-mail: kyle.forsyth@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO ISSUE A WRIT OF CONTINUING                    UNITED STATES ATTORNEY
GARNISHMENT                                           700 Stewart Street, Suite 5220
                                                        Seattle, WA 98101-1271
                                                           (206) 553-7970